IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

DAVID MAURICE WILLIAMS, )
)
    Petitioner, )
)
v. )   Civil Action No. 3:15CV388–HEH
)
UNKNOWN, )
)
    Respondent. )

## MEMORANDUM OPINION
(Dismissing 28 U.S.C § 2254 Petition Without Prejudice)

Petitioner, a Virginia state prisoner proceeding *pro se*, submitted a 28 U.S.C. § 2254 petition. By Memorandum Order entered on July 16, 2015, the Court conditionally docketed Petitioner's action. At that time, the Court warned Petitioner that he must keep the Court informed as to his current address if he was released or he relocated. By Memorandum Order entered on November 2, 2015, the Court ordered service on Respondent. On November 18, 2015, the United States Postal Service returned the November 2, 2015 Memorandum Order to the Court marked, "RETURN TO SENDER" and "UNABLE TO FORWARD." Petitioner has not contacted the Court to provide a current address. Petitioner's failure to contact the Court and provide a current address indicates his lack of interest in prosecuting this action. *See* Fed. R. Civ. P. 41(b). Accordingly, the action will be dismissed without prejudice.

An appropriate Order shall accompany this Memorandum Opinion.

                                                        /s/
                                          HENRY E. HUDSON
Date: Nov. 18, 2015                    UNITED STATES DISTRICT JUDGE
Richmond, Virginia